IIN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARINEL HERNANDEZ-HERNANDEZ | Case No.: 4:22-CR-00013-CDL-MSH-1 |

**ORDER**

Defendant was indicted on May 10, 2022, ECF No. 1, and arraigned on July 13, 2022, ECF No. 10. A Pretrial Conference is currently scheduled for September 13, 2022. Defendant requests a continuance and the government does not oppose. Specifically, counsel needs additional time to hire an interpreter and meet with defendant to discuss a resolution to his case.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for January 2023, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.   The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.   18 U.S.C. §§ 3161(h)(7)(A)-(B).   The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **9th** day of **September, 2022**.

S/Clay D. Land
Clay D. Land, U.S. District Judge